IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> GENE M. JOHNSON, ET AL., <br><br> *Defendants.* | CIVIL NO. 3:09-cv-00068 <br><br> **ORDER** <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on the notice of settlement and request for dismissal with prejudice filed by the parties (docket no. 38).

Upon consideration of the motion, I hereby DISMISS this case with prejudice. The Court shall retain jurisdiction in order to enforce the two agreements reached by the parties.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this  23rd day of November, 2009.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE